**Order filed July 26, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00172-CV
_____

### DR. JOEL JOSELEVITZ, Appellant

### V.

### CAROL ROANE, INDIVIDUALLY, AND COX MEDIA GROUP, Appellee

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2014-66926**

## O R D E R

Appellant's brief was due July 11, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 10, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM